ACCEPTED
01-12-00896-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 3:36:27 PM
CHRISTOPHER PRINE
CLERK

**No. 01-12-00896-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/11/2015 3:36:27 PM
CHRISTOPHER A. PRINE
Clerk

**No. 1793757**
In the County Court at law No. 8 of
Harris County, Texas

──────────◆──────────

**CRAIG LYNN BEAL**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

──────────◆──────────

STATE'S OBJECTION TO APPELLANT'S MOTION TO REINSTATE
APPEAL & MOTION FOR TRIAL COURT TO WITHDRAW FINDINGS OF
FACT AND CONCLUSIONS OF LAW

──────────◆──────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, and objects to appellant's motion to reinstate the appeal and moves for the Judge Sherman Ross, sitting as the Judge for Harris County, County Court at Law No. 8, to withdraw the previously filed "agreed proposed findings of fact and conclusions of law," and to file new proposed findings of fact and conclusions of law. The State makes this objection and this motion based on the following:

1. On June 30, 2015, Judge Sherman Ross, sitting as the Judge for Harris County, County Court at Law No. 8, signed certain findings of fact

and conclusions of law in response to an abatement order from the First Court of Appeals.

2. In the "agreed proposed findings of fact and conclusions of law" signed by Judge Sherman Ross on June 30, Judge Sherman Ross made the following finding: "[t]he Court hereby finds that this case is one of the nine in which reporter's record was lost of destroyed due to the court reporter's medical condition and personal and professional problems and that the record cannot be reconstructed to the degree necessary for a meaningful review."

3. On September 10, 2015, the court reporter, Sondra Humphrey, filed the reporter's record in the above styled case.

4. On September 10, 2015, the First Court of Appeals rejected the reporter's record filed by Ms. Humphrey because the record "[did] not comply with the Texas Rules of Appellate Procedure…[s]pecifically the exhibit volume does not contain any of the indexed and listed exhibits."

5. The State has reviewed the reporter's reporter filed by Ms. Humphrey and the record appears to be both complete and accurate, with the exception of the exhibit volume.

6. Once the exhibits are filed, or replaced if lost or destroyed, the record will be complete.

7.     The State objects to item #4 of appellant's motion to reinstate the appeal, which states that "[a]ppellant suggests this case be submitted and decided on the basis of the trial court's findings as occurred in the similar case of Victor Bankett v. State, 01-13-00896-CR."

8.     The State's object to item #4 of appellant's motion to reinstate the appeal based on the fact that the reporter's record exists and was filed by Ms. Humphrey on September 10, 2015.

9.     The State moves that Judge Sherman Ross, sitting as Judge of Harris County, County Court at Law No. 8, withdraw the findings of fact and conclusions of law entered June 30, 2015, based on the fact that the reporter's record exists and was filed by Ms. Humphrey on September 10, 2015.

WHEREFORE, the State prays that this Court will grant the State's objection to appellant's motion to reinstate the appeal and motion for the trial court to withdraw its findings of fact and conclusions of law.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on September 11, 2015:

Sarah v. Wood
1201 Franklin, 13th Floor
Houston, Texas 77002
Sarah. Wood@pdo.hctx.net

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date: September 11, 2015